UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER, *individually and on behalf of the Proposed Claim, and victim of the allegations & charges*,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ADVANTAGE GPS; PROCON ANALYTICS; PORSCHE CARS USA OF NORTH AMERICA; FEDERAL TRADE COMMISSION; FBI – SAN DIEGO FIELD OFFICE; USSOCOM; FBI; CIA; SECRET SERVICE; IRS; SEC; and DHS,<br><br>　　　　　　　　　　Defendants. | Case No.:  23-cv-1773-WQH-SBC<br><br>**ORDER** |

HAYES, Judge:

　　On September 25, 2023, Plaintiff, proceeding pro se, initiated this action by filing a Complaint against Advantage GPS; Procon Analytics; Porsche Cars of North America; FBI – San Diego Field Office; USSOCOM; FBI; CIA; Secret Service; IRS; SEC; and DHS. (ECF No. 1.) Plaintiff also filed a Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). (ECF No. 2.)

1

|    |    |
|----|----|
| 1  | On October 30, 2023, the Court denied without prejudice Plaintiff's Motion to |
| 2  | Proceed IFP and dismissed the Complaint without prejudice for a failure to show standing |
| 3  | to sue. (ECF No. 3.) The Court ordered, "No later than **sixty (60) days** from the date of |
| 4  | this Order, Plaintiff may file a first amended complaint curing the defects in his original |
| 5  | Complaint. An amended complaint must be accompanied by payment of the filing fee or a |
| 6  | renewed motion to proceed in forma pauperis. If no amended complaint is filed or Plaintiff |
| 7  | fails to pay the filing fee or file a renewed motion to proceed in forma pauperis, the Court |
| 8  | will direct the Clerk of Court to close this case." *Id.* at 6. |
| 9  | The docket reflects that Plaintiff has not filed an amended complaint, paid the filing |
| 10 | fee, or filed a renewed motion to proceed in forma pauperis, and he has not made any |
| 11 | request for an extension of time to do so. |
| 12 | IT IS HEREBY ORDERED that the Clerk of Court shall close this case. |
| 13 | Dated:  January 8, 2024 |
| 14 | Hon. William Q. Hayes |
| 15 | United States District Court |